**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1003

PETER PRYCE,

        Plaintiff - Appellant,

    v.

BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Charles B. Day, Magistrate Judge. (8:07-cv-03284-CBD)

Submitted: February 14, 2011     Decided: April 11, 2011

Before KING, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas B. Corbin, THOMAS B. CORBIN, PA, Baltimore, Maryland, for Appellant. Linda Hitt Thatcher, Robert J. Baror, THATCHER LAW FIRM, LLC, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Pryce appeals the magistrate judge's order entering judgment for the Appellee following the jury's verdict in favor of the Appellee on Pryce's claim of retaliation. As Pryce failed to file a post-verdict motion pursuant to Fed. R. Civ. P. 50, and failed to move for a new trial pursuant to Fed. R. Civ. P. 59, however, this court is without power to review his claim regarding the sufficiency of the evidence. See Unitherm Food Sys., Inc. v. Swift-Erich, Inc., 546 U.S. 394, 400-07 (2006); see also A Helping Hand, LLC v. Baltimore County, 515 F.3d 356, 369-70 (4th Cir. 2008). Accordingly, we affirm the magistrate judge's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED